IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA                       :
                                               :
                                               :
          v.                                   :    CRIMINAL NO. 11-89-1
                                               :
ANDRES CASTRO                                  :
USM#59068-066                                  :

## O R D E R

AND NOW this  24ᵗʰ  day of  March  , 2015, pursuant to 18

U.S.C. § 3582(c)(2) and Amendment 782 to the Sentencing Guidelines, and by agreement of the

parties, it is hereby **ORDERED** that the term of imprisonment in this case is reduced to 77

months, effective November 1, 2015.

BY THE COURT:

The Honorable J. Curtis Joyner
Senior United States District Court